# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JOEL LONG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | ) ) ) ) ) | **Case No.** 3:23-cv-03950-NJR |
| Choose an item.**,** | ) ) | |
| **vs.** | ) ) | |
| **CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS ET AL,** | ) | |
| Choose an item.**.** | | |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND SDIL LR 7.1-1

Pursuant to Federal Rule of Civil Procedure 7.1 and SDIL LR 7.1-1,  Plaintiff Joel Long makes the following disclosure:

1.    Is the party or intervenor making this disclosure a "non-governmental corporate party" or a "nongovernmental corporation that seeks to intervene" as defined under SDIL-LR 7.1-1?

☐Yes          ☒ No

   a.   If the answer to Number 1 is "yes," list below any parent corporation, publicly held corporation, affiliated corporation, limited liability company, partnership, firm, joint venture, trust, or other entity, or any individual that owns 10% or more of the disclosing party's or intervenor's stock or 10% or more ownership interest in the disclosing party or intervenor or state that there is no such entity or individual:

N/A

2.    Is the jurisdiction of this action based on diversity under 28 U.S.C. § 1332(a)[1]?

☐ Yes        ☒ No

    a.  If the answer to Number 2 is "yes," name and identify below the citizenship of every individual or entity whose citizenship is attributed to the party or intervenor making this disclosure. Note that if the disclosing party or intervenor is a limited liability company or partnership, the citizenship of each partner or member must be named and identified through all layers until you reach individuals and/or corporations (and identify the citizenship of those individuals and/or corporations):

While not based upon 28 U.S.C. § 1332(a), jurisdiction is based upon 28 U.S.C. § 1332(d) which requires minimal diversity of citizenship. To that end, Plaintiff is a citizen of the State of Missouri.  Both Defendants are citizens of the State of Utah.

The undersigned disclosing party or intervenor understands that under Federal Rule of Civil Procedure 7.1 and SDIL-LR 7.1-1, it will promptly file a supplemental statement upon any change in the information that this statement requires.

---

[1] The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—
    (1) citizens of different States;
    (2) citizens of a State and citizens or subjects of a foreign state, except that the district courts shall not have original jurisdiction under this subsection of an action between citizens of a State and citizens or subjects of a foreign state who are lawfully admitted for permanent residence in the United States and are domiciled in the same State;
    (3) citizens of different States and in which citizens or subjects of a foreign state are additional parties; and
    (4) a foreign state, defined in section 1603(a) of this title, as plaintiff and citizens of a State or of different States.

DATED:  December 18, 2023

/s/ James J. Rosemergy
_____
Signature

James J. Rosemergy
_____
Name

8235 Forsyth, Ste 1100,
St. Louis, MO 63104
_____
Address

314-725-7700
_____
Phone Number

jrosemergy@careydanis.com
_____
Email Address